UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DANNY K. ZACHARY, JR., | ) | Case No. 08-10960-JKC-7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MAINSOURCE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 08-50658 |
| | ) | |
| DANNY K. ZACHARY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULE 7007.1**

Pursuant to FED.R.BANKR.P. 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff MainSource Bank in the above-captioned adversary proceeding certifies that there are no entities to report under FED.R.BANKR.P. 7007.1.

HARRISON & MOBERLY, LLP


/s/ *David J. Theising*_____
David J. Theising
Attorney No. 1608-49

David J. Theising
HARRISON & MOBERLY, LLP
10 West Market Street, Suite 700
Indianapolis, Indiana  46204
Telephone:     (317) 639-4511
Facsimile:     (317) 639-9565
Email: dtheisingh-mlaw.com

Counsel for Plaintiff MainSource Bank