UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Danny Zachary, | ) | ADVERSARY NO.   08-50658 |
| | ) | |
| DEBTOR(S), | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Comes now Colby J Leonard, Attorney for Debtor(s) in the above-captioned cause, and states:

1. That Debtor filed Chapter 7 Bankruptcy on September 06, 2008 and received a discharge on December 31, 2008.

2. That MainSource Bank, by counsel, filed an Adversary proceeding on December 23, 2008 under Cause Number 08-50658.

3. That on February 6, 2009, Debtor retained Law Office of Colby J Leonard to represent him in the pending adversary.

4. That counsel does not have sufficient time to prepare and file an answer.

5. That counsel requests an additional thirty (30) days to prepare an answer.

WHEREFORE, affiant prays that this motion be granted and that an extension be granted and for all other proper relief in the premises.

    /s/COLBY J LEONARD
Colby J Leonard #23404-64
Attorney For Debtor(s)

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the above and foregoing was served upon the following, this 6th day of February, 2009.

U.S. Trustee, via electronic notice
Chapter 7 Trustee, via electronic notice

MainSource Bank
c/o Harrison & Moberly
10 W Market Street, Suite 700
Indianapolis, IN 46204

                                                /s/COLBY J LEONARD
                                                Colby J Leonard #23404-64
                                                Law Office of Colby J Leonard
                                                11623 E Washington Street
                                                Indianapolis, IN 46229
                                                317-894-0626