UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 08-10960-7 |
| | ) | |
| Danny Zachary | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Mainsource Bank | ) | Adversary Proceeding No. 08-50658 |
| Plaintiff | ) | |
| Vs. | ) | |
| | ) | |
| Danny Zachary | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## **ANSWER TO PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Comes now the Defendant, Lowell Price, by counsel, and for his Answer to Plaintiff's Complaint Objecting to Discharge of Debt, states as follows:

1. That the Court has jurisdiction of this matter under 11 U.S.C. § 727 and 28 U.S.C. § 1334.  Venus is proper in this Court pursuant to 28 U.S.C. § 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2);

**ANSWER**:  The Defendant admits the allegations set forth in paragraphs one through eleven.

**ANSWER:**  The Defendant has insufficient evidence to deny or admit the allegations set forth in paragraph twelve.

**ANSWER:** The Defendant denies the allegations set forth in paragraph thirteen.

**ANSWER:** The Defendant denies the allegations set forth in paragraph fourteen.

**ANSWER:** The Defendant denies the allegations set forth in paragraph fifteen.

**ANSWER:** The Defendant denies the allegations set forth in paragraph sixteen.

**ANSWER:** The Defendant denies the allegations set forth in paragraph seventeen.

**ANSWER:** The Defendant denies the allegations set forth in paragraph eighteen.

Wherefore, Defendant, Danny Zachary, requests that Plaintiff takes nothing by way of their Complaint and for all other relief just and proper in the circumstances.

    /s/COLBY J LEONARD
Colby J Leonard #23404-64
Attorney For Debtor(s)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was served upon the following, this 8th day of April, 2009.

U.S. Trustee, via electronic notice
Chapter 13 Trustee, via electronic notice

Mainsource Bank
c/o Harrison & Moberly
10 W Market St, Suite 700
Indianapolis, IN 46204

    /s/COLBY J LEONARD
Colby J Leonard #23404-64
Law Office of Colby J Leonard
11623 E Washington Street
Indianapolis, IN 46229
317-894-0626